Charles Davey, appellee, v. Warren A. Lamson et al., trading as Lamson Brothers & Company, appellants. Gen. No. 25,390.

Assumpsit to recover balance due on account of purchases and sales on stock exchange. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Moses, Rosenthal & Kennedy, for appellants; Walter Bachrach and Hirsch E. Soble, of counsel. Franc Bacon and William K. Pattison, for appellee; Douglas C. Gregg, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

John V. Farwell Company, appellee, v. Justin Kulis, appellant. Gen. No. 25,424.

Action on written contract of guaranty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920. Rehearing denied January 6, 1921.

Herman P. Haase, for appellant. Tenney, Harding & Sherman, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Harold W. Marks, appellee, v. Illinois Publishing & Printing Company, appellant. Gen. No. 25,436.

Action to recover for personal injuries caused by collision between taxicab and truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John B. Crabtree, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919.. Affirmed. Opinion filed December 22, 1920.

Roy D. Keehn, for appellant; Edward G. Woods, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

James H. Hooper, plaintiff in error, v. T. O. Brosted, defendant in error. Gen. No. 25,449.

Action for rent due under written lease. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920. Rehearing denied January 8, 1921.

James H. Hooper, pro se. Northup, Fairbank & Klein, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

Dennis J. Egan, bailiff of municipal court of Chicago for use of Jennie C. Morrison, appellee, v. Hardy Minnard and B. G. Clanton, on appeal of B. G. Clanton, appellant. Gen. No. 25,286.

Action on a replevin bond. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Clanton & Clanton, for appellant. Walter M. Farmer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.